TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071



ORIGINAL
RECEIVED

LODGED
AUG 2 3 2005

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. A04-030 MI(JWS) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | WRIT OF EXECUTION ON PERMANENT |
| ) | FUND DIVIDEND |
| RICHARD ALLEN HUGHEY, ) | |
| SS# ) | |
| DOE ) | |
| ) | |
| ıt. ) | |
| ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On July 26, 1994, a judgment was entered in the docket of the above-entitled court and action, in favor of the United States of America as judgment creditor and against RICHARD ALLEN HUGHEY as judgment debtor, for

$0.00      criminal fines

$1,100.00  restitution

$50.00     special assessments

$1,150.00  JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$0.00   late-payment penalties per 18 U.S.C. § 3565(c)(2) and 18 U.S.C. § 3612

$0.00   accrued interest, and

$0.00   accrued costs, making a total of

$0.00   ACCRUED PENALTIES, INTEREST AND COSTS.

    CREDIT must be given for payments and partial satisfactions in the amount of:

$1,041.84   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$148.16   ACTUALLY DUE on August 23, 2005, of which $148.16 is due on the judgment as entered and bears no interest.

    THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

    HEREIN FAIL NOT, and have you then and there this writ.

    DATED this 24 day of August, 2005 at Anchorage, Alaska.

MICHAEL D. HALL
Clerk of Court

**REDACTED SIGNATURE**

No further action will be take on this writ. All process has been previously returned to the Clerk of Court. USMS

2